# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

CHRISTOPHER EVERETT
ADC #152664                                                                PLAINTIFF

v.                              No. 3:20-cv-243-DPM

DEXTER PAYNE, Director, ADC;
KEITH WADDLE, Disciplinary Hearing
Officer, ADC;   RAYMOND NAYLOR,
Disciplinary Hearing Administrator, ADC;
and JACKSON, Warden, ADC                                           DEFENDANTS

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Volpe's recommendation, *Doc. 4*, and overrules Everett's objections, *Doc. 6*. Everett's due process claim is barred by *Edwards v. Balisok*; and his other allegations fail to state a claim.  520 U.S. 641 (1997).  Further, nothing in Everett's proposed amendment would cure the defects in his complaint.  His motion to amend, *Doc. 5*, is therefore denied.

Everett's complaint will be dismissed without prejudice for failure to state a claim.  This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g).  An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*NPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 September 2020