IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTOPHER EVERETT
ADC #152664                                                                    PLAINTIFF

v.                          No. 3:20-cv-243-DPM

DEXTER PAYNE, Director, ADC;
KEITH WADDLE, Disciplinary Hearing
Officer, ADC;   RAYMOND NAYLOR,
Disciplinary Hearing Administrator, ADC;
and JACKSON, Warden, ADC                                                       DEFENDANTS

## JUDGMENT

Everett's complaint is dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 September 2020